UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER FRANKLIN, | No. 2:22-cv-00825-TLN-JDP |
| Petitioner, | |
| v. | **ORDER** |
| CHRISTIAN PFEIFFER, | |
| Respondent. | |

Petitioner, a state prisoner proceeding *pro se*, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 28, 2022, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  Petitioner has filed objections to the findings and recommendations.  (ECF Nos. 40, 41.)  In the objections, Petitioner request an extension of time to review the record, to file an amended petition and additional briefing, and request copies of transcripts.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper

1

analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed November 28, 2022, are ADOPTED IN FULL;

2. Respondent's motion to dismiss (ECF No. 25) is GRANTED, and the petition is DISMISSED under the abstention doctrine in *Younger v. Harris*, 401 U.S. 37 (1971);

3. Petitioner's motions to strike (ECF Nos. 23, 28) are DENIED as moot;

4. Petitioner's requests for an extension of time, to file an amended petition and additional briefing, and requests for copies (ECF Nos. 40, 41) are DENIED; and

5. The Court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253.

**DATE:  February 7, 2023**

Troy L. Nunley
United States District Judge